IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOSE A PINEDA FIGUEROA and, ALBENIS MENDOZA<br>*Plaintiffs,*<br><br>v.<br><br>LANDSTAR INWAY, INC. AND AHMED ABDIRAHMAN MOHAMED<br>*Defendants.* | Civil Action No. 1:25-cv-20 |

## NOTICE OF REMOVAL

TO THE HONORABLE COURT:

COMES NOW Defendants Landstar Inway, Inc. and Ahmed Abdirahman Mohamed and file their Notice of Removal, and would respectfully show unto the Court as follows:

## I.
## PROCEDURAL HISTORY

1. Plaintiffs filed suit in Cause No. D-1-GN-24-009749, in the 126th Judicial District Court of Travis County, Texas on November 27, 2024.

2. Defendants were served with Plaintiffs' Original Petition on December 9, 2024. Defendants filed a timely answer on December 30, 2024.

3. Defendants have filed this Notice of Removal within the time period required by 28 U.S.C. § 1446(b).

## II.
## NATURE OF THE SUIT

4. Plaintiffs allege that on or about December 24, 2023, they sustained damages as a result of a motor vehicle accident that occurred in Austin, Travis County, Texas. *See Plaintiffs' Original Petition* at ¶ 6.

5. According to Plaintiffs' Original Petition, Plaintiffs are residents of Travis County, Texas. Plaintiffs failed to plead their specific citizenship. *See Plaintiffs' Original Petition* at ¶ 2. On information and belief Plaintiff Jose A. Pineda Figueroa is a Honduran citizen.

6. At all relevant times, Defendant, Ahmed Abdirahman Mohamed is a citizen of the State of Ohio who resides in Franklin County, Ohio. *See Plaintiffs' Original Petition* at ¶ 3. Defendant Landstar Inway, Inc. is a Delaware Corporation with its principle place of business in Jacksonville, Florida.

## II.
## BASIS FOR REMOVAL
.

7. Removal is proper because there is diversity of citizenship between Plaintiffs and Defendants. Plaintiffs are individuals who reside in Travis County, Texas. Defendant, Ahmed Abdirahman Mohamed is an individual who resides in Columbus, Franklin County, Ohio. Defendant Landstar Inway, Inc. is a Delaware corporation with its principle place of business in Jacksonville, Florida. As such, the Plaintiffs and Defendants are citizens of different states for purposes of removal analysis.

8. As stated in Plaintiffs' Original Petition, the amount in controversy exceeds $1,000,000.00, exclusive of interests, costs, and attorneys' fees. *See Plaintiffs' Original Petition* at ¶ 5 and 9(A).

## IV.
## VENUE AND JURISDICTION

9. Venue for this removal is proper in this division under 28 U.S.C. §1441(a) because this division embraces the place in which the removed action has been pending.

10. This Court has jurisdiction of this action by virtue of the provisions of 28 U.S.C. § 1332, in that this is a case of diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## V.
## DEFENDANTS' NOTICE OF REMOVAL IS PROCEDURALLY CORRECT

11. Defendants have attached to this notice all process, pleadings, and orders filed in the state court action as required by 28 U.S.C. §1446(a). *See* **Exhibit A**, Index of Matters Being Filed.

## VI.
## JURY DEMAND

12. Defendants made a demand for a jury trial in State District Court.

## VII.
## NOTICE TO STATE COURT

13. Defendants will promptly file a copy of this Notice of Removal with the Clerk of the State Court in which this action is pending.

        Respectfully submitted,

        **CASTAGNA SCOTT, PLLC**
        1120 S. Capital of Texas Highway
        Building 2, Suite 300
        Austin, Texas 78746
        512/329-3290
        888/255-0132 fax

By: */s/ Lynn S. Castagna*
        Lynn S. Castagna
        State Bar No. 03980520
        Lynn@texasdefense.com
        John M. "Jack" Sigman
        State Bar No. 18348075
        Jack@texasdefense.com

        **ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following person(s), in the manner(s) indicated below:

<u>*VIA E-SERVICE*</u>
<u>*And/or VIA E-MAIL*</u>
RUY MIRELES
RUY MIRELES LAW FIRM, PLLC
P.O. BOX 52330
McAllen, Texas 78505


and in accordance with the Federal Rules of Civil Procedure, on the 6th day of January 2025.

*/s/ John M. "Jack" Sigman*
John M. "Jack" Sigman
